RECEIVED

AUG 3 1 2015 EAA
8-31-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Charles Allen
Case No: 14CR-14433

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Chicago Police Department Officer "Kentrasa Martin Star # 19088
"Defendants"
1,2,3,4,5,6,7, Jane Doe ¿ John Doe's

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**FILED**
9/18/2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

15cv7702
Judge Charles P. Kocoras
Magistrate Judge Michael T. Mason
PC6

CHECK ONE ONLY:

X    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

___    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

___    OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. Plaintiff(s):

A. Name: Charles Allen

B. List all aliases: N/A

C. Prisoner identification number: R55857

D. Place of present confinement: Lawrence Correctional Center

E. Address: 10940 Lawrence RD Sumner, IL 62466

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Chicago Police Department

Title: Officer: Kentusa Martin Star #19088

Place of Employment: 7800 S. Halsted St Chicago, IL 60620

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 14C 9398

B. Approximate date of filing lawsuit: 11-7-14

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Charles Allen

D. List all defendants: Superintendent Engelson & Sergeant Phillips

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): 219 S. Dearborn St Chicago, IL 60604

F. Name of judge to whom case was assigned: Manish S. Shah

G. Basic claim made: 28 U.S.C § 1915 for sleeping on floor

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Case is still pending

I. Approximate date of disposition: 4-27-15

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On July 21, 2014 the Chicago police officer tased me twice once in my stomach area and the other in my chest area. I was arrested at location 8101 S. Maryland St in Chicago IL, 60619 and taking stright to the Chicago police station located on 7808 S. halsted st in chicago, IL 60620. The evening of July 21, 2014 when I was arrested and tased, I passed out from getins tased. I didn't come to until the next morning of July 22, 2014 when the lock up officer was doing 7am count and woke me up, because the officer' the night before did not finger print me. Standing at the lock up officer desk to get finger printed I told him that my chest was hurting me. He asked me why my chest was hurting me and I told him the police officer tased me, he immediately looked into the police reports and it said nothing about me getins tased. The lock up officer told me to show him where I been tasted so I raised my shirt and showed him the marks. He told me to go stand on the wall and picked up the phone and called the lieutenant officer, the lieutenant came right back there and told me to show him my tased marks and I did. The lieutenant

4

Revised 9/2007

told me to go sit in the bullpin holding cell because I had to go to the hospital and nothing was going to happen to me on his watch. Ten minutes later two uniform police officer's came and took me to the hospital. The location of the hospital address is: 2800 W. 95th St Evergreen park, IL 60805 Name of hospital is: Little Company Of Mary Hospital.

(My Case No: 14CR-14433 From the police station!

The police officer's violated my Constitutional rights by not taking me directly to the hospital but instead to- lock up first. This is the name of one of the arresting officer's that tased me. Name is officer Kenhasa Martin Star # 19088!

I do not know the name of the doctor that treated me for my tased inJuries but I do have medical records of me being treated the day of July 22, 2014 around 10:30 AM. (At the hospital) Remember in my police report it says nothing about me being tased or taking to the hospital the night of July 21, 2014!

Thank You

It was more then one officer on the seen, defendant 1,2,3,4,5,6,7 Jane Doe's Jhon Doe's         Chart all   8-26-15

Subscribed and Sworn to Before me this
26th Day of August 2015

_Kimberly Ulrich_
Notary Public

5                                                                 Revised 9/2007

**OFFICIAL SEAL**
**KIMBERLY A. ULRICH**
Notary Public - State of Illinois
My Commission Expires 8/18/2018

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be compensated for the Chicago police officers' neglect and negligence.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __Aug__ day of __26__, 20__15__

_Charles Allen_
(Signature of plaintiff or plaintiffs)

_Charles Allen_
(Print name)

_R55857_
(I.D. Number)

_10940 Lawrence RD_
_Sumner, IL 62464_
(Address)

Revised 9/2007

Case No: 14 CR-14433

Hello my name is: Charles Allen im currently incarcerated at Lawrence correctional center in IDOC.
I was arrest July 21, 2014 by the police officer's from 7808 S. Halsted st in Chicago IL 60620. On July 21, 2014 the police officer's tased me twice once in the stomach area and the other in my chest area. On the night of July 21 around 7:30pm me and my girlfriend latreva Green had a arguement and the Chicago police was called to are apartment which is 8101 S maryland st Chicago, IL 60619 Apt#2. By that neighborhood being a high crime area the police officer's came to the call about 25 to 30 different officer's. I been drinking so it didn't have to take them to tased me twice and I only weigh 155 pounds. The reason im writing is because the police officer's voilated my Constitutional rights by not taking me to the hospital the night I was tased. The police officer's tased me the second time and I passed out, when I was awaking by the lock up officer the next day which was July 22, 2014 at 7am when the officer was doing his count. He unlocked my cell door and told me to go to his front desk, when we got to his desk the officer asked me why the officer's didn't finger print me last night. I told him I don't know because I was asleep and that my chest hurts he asked me why my chest hurts and I told him the police officer's tased me last night. The lock up officer started reading through my police reports and told me it say nothing about me

being tased last night, so he told me to show him where I been tased and I did. He immediately told me to go stand or by the wall and said you have to go to the hospital because nothing is going to happen to you on my watch. The officer grab the phone off the desk and dialed a number a few minutes later a police lieutenant came back there, and asked me the same thing the lock up officer asked to show him where the police tased me and I did. The lieutenant told me to go sit in the holding cell because I had to get treated by a doctor, and the lieutenant grabbed the phone made a call and about 20 minutes later 2 other police officers came in a patty wagon and took me to, little Company of Mary Hospital located on 2800 W. 95th St Evergreen park, IL 60805 where I was treated for my injuries.

Since I been incarcerated I been trying locate my medical records from little company of mary hospital by writing to them to release the records to me, as well as writing the Chicago police headquarters on 3510 S. Michigan Ave for my police arrest sheet reports nothing. Its hard trying to get the documents I need to persue this law suit against the Chicago police department for violating my Constitutional rights and useing obsessive force on me. Thank you I really need your help!

Anytime a Chicago police tased anybody its by law to take the inmate or arrestic to the hospital first, before making it to the police station. By the officers tasing me and I passed out what if I didn't wake up to tell my story, the officer's would have made one up for me to Justify why they tased me; not taking me to the hospital!

Hello my name is Charles Allen my SS# is 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 my DOB is: 1-14-1982. I'm incarcerated at Lawrence Correctional Center in IDOC.

I'm writing this letter to little company of mary hospital medical records office to release my medical records of the day of July 22, 2014 for my tased injuries. I Charles allen asking that the hospital records office release these documents to my attorney or the attorney investigators so I can pursue my legal business. Thank You!

Charles Allen 8-26-15

Subscribed and Sworn to Before me this
26th Day of August 2015

Kimberly Ulrich
Notary Public

OFFICIAL SEAL
KIMBERLY A. ULRICH
Notary Public - State of Illinois
My Commission Expires 8/18/2018

IN THE UNITED STATES DISTRICT COURT
FOR THE __Cook County__ DISTRICT OF ILLINOIS

__Charles Allen__,
)
)
_____,
)
)
vs.
)
)
__Chicago Police department officer__
__Kentrasa Martin Star # 19088__.
)
)
)

15cv7702
Judge Charles P. Kocoras
Magistrate Judge Michael T. Mason
PC6

CERTIFICATE OF SERVICE

I, __Charles Allen__, certify that I sent through the United States Postal Service a copy of the attached __Complaint under the Civil rights act, title 42 Section 1983 U.S Code__ by placing same in an envelope addressed to the __Pro Se__ attorney:

_____
_____
_____
_____

said envelope was placed in the mailbox at the __Lawrence__ Correctional Center on the __Aug__ day of __26__, ~~19~~ __2015__ with postage fully prepaid.

S/S __Charles Allen__
PETITIONER-PLAINTIFF

DATE: __Aug 26, 2015__

Subscribed and Sworn to Before me this
__26th__ Day of __August 2015__

__Kimberly Ulrich__
Notary Public

OFFICIAL SEAL
KIMBERLY A. ULRICH
Notary Public - State of Illinois
My Commission Expires 8/18/2018