UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Charles Allen #R55857

RECEIVED
JUN 02 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

(1) Kentusa Martin, (2) Davis #2939
(3) Williams #1347, (4) Corral #14816,
(5) Medina #14911, (6) Court-smith #14273,
(7) Detective Heslin #20925 (8)
Superintendent Garry McCarthy

Case No: 15 C-7702
(To be supplied by the Clerk of this Court)
Judge: Charles P. Kocoras

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:            AMENDED COMPLAINT

__✓__   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
        U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
        28 SECTION 1331 U.S. Code (federal defendants)

_____   OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

   A. Name: Charles Allen

   B. List all aliases: N/A

   C. Prisoner identification number: R55857

   D. Place of present confinement: Lawrence Correctional Center

   E. Address: 10930 Lawrence Rd Sumner, IL 62466

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: 1st Arresting Officer Martin, K #15088

   Title: Police office

   Place of Employment: 7808 S. Halsted St Chicago, IL 60620

   B. Defendant: 2nd Arresting Officer Cowart-Smith #14273

   Title: Police officer

   Place of Employment: 7808 S. Halsted St Chicago, IL 60620

   C. Defendant: Officer Davis #2939

   Title: Police officer

   Place of Employment: 7808 S. Halsted St Chicago, IL 60620

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

Charles Allen R55857
    v.
  Defendant's

Case No: 15-C-7702
Judge: Charles P. Kocoras

Defendants:

D. Defendant: Williams #1347
   Title: Police Officer
   Place of Employment: 7808 S. Halsted St   Chicago, IL 60620

E. Defendant: Corral #14816
   Title: Police Officer
   Place of Employment: 7808 S. Halsted St   Chicago, IL 60620

F. Defendant: Medina #14911
   Title: Police Officer
   Place of Employment: 7808 S. Halsted St   Chicago, IL 60620

G. Defendant: Detective Heslin #20925
   Title: Police Officer
   Place of Employment: 7808 S. Halsted St   Chicago, IL 60620

H. Defendant: Superintendent Garry McCarthy
   Title: Police Superintendent
   Place of Employment: 3510 S. Michigan Ave   Chicago, IL 60653

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: Charles Allen Vs. Tracey Engelson, et al Case no: 14C9358

   B. Approximate date of filing lawsuit: 9-24-15

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Charles Allen

   D. List all defendants: Tracey-Engelson, And Dennis Phillips

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois

   F. Name of judge to whom case was assigned: Judge Manish S. Shah

   G. Basic claim made: Conditions of Confinement that violated my rights under 42 U.S.C # 1983. Conditions Consisted of vermin and bird infestation, Soiled (with bird crap) Sheets, deprivation of a basic human need ie, Sanitation.

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

   I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On July 21, 2014 I was arrest at 8101 S. Maryland St in Chicago, IL. My U.S Constitutional rights was violated, 5 amendment, 6 amendment, 8th amendment and 14th amendment were violated by (1) Officer Martin #17058, (2) Officer Cowart-Smith #14273, (3) Office Williams #1347, (4) Officer Corral #14816, (5) Officer Davis #2939, (6) Officer Medina #14911, (7) Detective Heslin #20925, (8) Superintendent Garry McCarthy acting under the color of law!

1. My U.S Constitutional rights were violated by officer Martin for useing excessive force on me by taseing me various times while unhand cuffed and while in hand cuffs causing me to pass out. Acting under the color of law!

2. My Constitutional rights were violated by Officer Cowart-Smith for useing extremely excessive force by puting his knee into my back while hand cuffed on the ground, also slaming me onto the ground. Acting under the color of law!

3. My Constitutional rights were violated by Officer Williams for treating me with deliberate indifference and my 8th amendment for not useing his police duties by getting me medical care. Acting under the color of law!

4. My Constitutional rights were violated by Officer Corral as a Citizen of U.S and used there duties as a police officer to treat me with deliberate indifference while in his custody. Acting under the color of law!

5. Officer Davis violated my constitutional rights as a citizen of the U.S. and refused to get me medical treatment from the hospital and used force against me as well for slamming me to the ground as well. Acting under the color of law.

6. Officer Medina used police duties as usury and used excessive force against me violating me as a citizen of the U.S. and treating me with deliberated indifference violating my Constitutional rights of U.S.! Acting under the color of law.

7. Detective Heslin was one of the hi ranking officer's there over the other officer's that should had told the other defendant's to stop using excessive force on me and tasing me while in hand cuffs, also violating my Constitutional rights by refusing me medical treatment. Acting under the color of law!

8. My 5, 6, 8 and 14th amendment rights were violated by Superintendent Garry McCarthy as well as my Constitutional rights of the U.S.! Because Superintendent Garry McCarthy was the Supervisor on duty July 21, 2014 for his police officer's actions and wrong doing. Acting under the color of law. I also written superintendent McCarthy a letter at 3510 S. Michigan Ave, the Chicago Police Headquarter's about this incident that took place on July 21, 2014 and trying to recover the police report he did nothing!

Therefore these defendant's violated my 5, 6, 8 and 14th amendment under the Constitutional law of the U.S by treating me with deliberate indifference under the color of law causing great bodily harm to me, refusing me of medical care for the extremely excessive force these defendants used against me as well as tased me twice!

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

My relief is I am seeking for the Courts to grant me Compensatory damages. For reckless behavior and deliberate indifference also other harm done that violates my federal and U.S. Constitutional rights.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 1st day of 27, 20 16

_Chark al_
(Signature of plaintiff or plaintiffs)

Charles Allen
(Print name)

#R55857
(I.D. Number)

Lawrence Correctional Center
10930 Lawrence Rd
Sumner, IL 62466
(Address)

Charles Allen #R55857
    Plaintiff

    V.

Kentrasa Martin, et al
    Defendants

Case No: 15-CV-07702
Judge: Charles P. Kocoras

Motion for Witnesses amend complaint

Exhibit #A

Lock up officer Watkins #13054 was the officer that contacted the lieutenant at holding Facility; District 006, About my injuries to my chest, stomach and back the morning of July 22, 2014 at 7am. He also notified the lieutenant that morning about the defendants in my amended complaint about the defendant's did not take Plaintiff Charles Allen to the hospital the day of July 21, 2014, for being tased various times!

Exhibit #B

Fingerprinted Officer Smith, A was there as well, when officer watkins got me help for my badly injuries to the body from the defendant's excessive force!


Exhibit #C

# Chicago Police Department - ARREST Report

CB #: 18939574
ALLEN, Charles #R55857

## ARREST PROCESSING REPORT

**Holding Facility:** District 006 Lockup
**Received in Lockup:** 22 July 2014 08:00
**Prints Taken:** 22 July 2014 07:58
**Palmprints Taken:** Yes
**Photograph Taken:** 22 July 2014 08:10
**Released from Lockup:** 23 July 2014 09:00

**Time Last Fed:**
**Time Called:** **Phone#:**
**Cell #:**

**Transport Details:** 2PO 0631R 22-JUL-2014 00:38

### VISUAL CHECK OF ARRESTEE
| | |
|---|---|
| Is there obvious pain or injury? | ✗No yes |
| Is there obvious signs of infection? | ✗No yes |
| Under the influence of alcohol/drugs? | ✗No yes |
| Signs of alcohol/drug withdrawal? | No |
| Appears to be despondent? | ✗No yes |
| Appears to be irrational? | ✗No yes |
| Carrying medication? | No |

### ARRESTEE QUESTIONNARIE
| | |
|---|---|
| Presently taking medication? | No |
| (if female) are you pregnant? | No |
| First time ever been arrested? | No |
| Attempted suicide/serious harm? | No |
| Serious medical or mental problems? | No |
| Are you receiving treatment? | (No) |
| Transgender/intersex/gender non-conforming? | No |

**ARRESTEE PRESCRIPTION MEDICATION INFORMATION:**

**RETURN TO HOLDING FACILITY COMMENTS:**
**QUESTIONNAIRE REMARKS:**

**LOCKUP KEEPER COMMENTS:**
**EMERGENCY CONTACT**
Name: REFUSED
Res: Beat:

**INTERVIEW LOG**

NO INTERVIEWS LOGGED

Print Generated By: MAJKA, Marybeth ( PC0T733 )    Page 7 of 8    04 NOV 2015 01:58
powered by: CLEAR Technology

IN THE **United States District Court**
**Northern District of Illinois**
Eastern Division

Charles Allen # R55857
Plaintiff/Petitioner

Vs.

Kenhasa Martin, et al.
Defendant/Respondent

RECEIVED
JUN 0 2 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

No. 15 C 7702
Judge: Charles P. Kocoras

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of the U.S district court
United States Courthouse
219 S. Dearborn St
Chicago, IL 60604

TO: _____

PLEASE TAKE NOTICE that on May 27, 20 16, I placed the attached or enclosed documents in the institutional mail at Lawrence Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

DATED: _____

/s/ Charles Allen
NAME: Charles Allen
I.D.O.C.#: R55857
Lawrence Correctional Center
10930 Lawrence Rd.
Sumner, IL 62466

Subscribed and sworn to before me this 27th day of May, 20 16.

Julie Lewis
Notary Public

OFFICIAL SEAL
JULIE LEWIS
Notary Public - State of Illinois
My Commission Expires 8/18/2018