

**FILED**
6/17/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Charles Allen #R55857

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

(1) Kenhasa Martin, (2) Davis #2939
(3) Williams #1347, (4) Corral #14816,
(5) Mecling #14911, (6) Court-smith #14273,
(7) Detective Heslin #20925 (8)
Superintendent Garry McCarthy

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**RECEIVED**

JUN 0 2 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No: 15C-7702
(To be supplied by the Clerk of this Court)

Judge: Charles P. Kocoras

**CHECK ONE ONLY:**       **AMENDED COMPLAINT**

___✓___    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

## I. Plaintiff(s):

A. Name: _Charles Allen_

B. List all aliases: _N/A_

C. Prisoner identification number: _R55857_

D. Place of present confinement: _Lawrence Correctional Center_

E. Address: _10930 Lawrence Rd    Sumner, IL 62466_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

## II. Defendant(s):

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: _1st Arresting Officer Martin, K # 15058_

Title: _Police office_

Place of Employment: _7808 S. Halsted St    Chicago, IL 60620_

B. Defendant: _2ND Arresting Officer Concart-Smith # 14273_

Title: _Police officer_

Place of Employment: _7808 S. Halsted St    Chicago, IL 60620_

C. Defendant: _Officer Davis # 2939_

Title: _Police officer_

Place of Employment: _7808 S. Halsted St    Chicago, IL 60620_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Charles Allen R55857

.V.

Defendant's

Defendants:

D. Defendant: <u>Williams #1347</u>
   Title: <u>Police Officer</u>
   Place of Employment: <u>7808 S. Halsted st   Chicago, IL 60620</u>

E. Defendant: <u>Corral #14816</u>
   Title: <u>Police officer</u>
   Place of Employment: <u>7808 S. Halsted st   Chicago, IL 60620</u>

F. Defendant: <u>Heclner #14911</u>
   Title: <u>Police officer</u>
   Place of Employment: <u>7808 S. Halsted St   Chicago, IL 60620</u>

G. Defendant: <u>Detective Heslin # 20925</u>
   Title: <u>Police officer</u>
   Place of Employment: <u>7808 S. Halsted st   Chicago, IL 60620</u>

H. Defendant: <u>Superintendent Garry McCarthy</u>
   Title: <u>Police Superintendent</u>
   Place of Employment: <u>3510 S. Michigan Ave   Chicago, IL 60603</u>

**III.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _Charles Allen Vs. Tracey Engelson, et al_
_case no: 14C9398_

B. Approximate date of filing lawsuit: _7-24-15_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Charles_
_Allen_

D. List all defendants: _Tracey-Engelson, And Dennis Phillips_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District of illinois_

F. Name of judge to whom case was assigned: _Judge Manish S. Shah_

G. Basic claim made: _Conditions of confinement that violated my rights_
_under 42 U.S.C § 1983. Conditions consisted of vermin and bat infestation,_
_soiled (with bird crap) sheets, deprivation of a basic human need ie, Sanitation,_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Still pending_

I. Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

## IV.   Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On July 24 2014 I was arrest at 8101 S. Maryland st in Chicago, Il. My 16 S Constitutional rights was violated, 5 amendment, 6 amendment, 8th amendment and 14th amendment were violated by Officer Martin # 17058, (2) Officer Convirt-smith # 14273, (3) Office williams # 1347, (4) Officer Corral # 14816, (5) Officer Davis # 2939, (6) Officer Medina # 14911, (7) Detective Heslin # 20925, (8) Superintendent Garry McCarthy acting under the Color of law!

1. My 16 S Constitutional rights were violated by officer Martin for useing excessive force on me by tasing me various times while unhand cuffed and while in hand cuffs causing me to pass out. Acting under the Color of law!

2. My Constitutional rights were violated by Officer Convirt-Smith for useing extremely excessive force by grding his knee into bmy back while hand Cuffed on the ground, also shuving me onto the ground. Acting under the color of law!

3. My Constitutional rights were violated by officer williams for treating me with deliberate indifference and my 8th amendment for not useing his police duties by getting me medical Care. Acting under the color of law!

4. My Constitutional rights were violated by officer Corral as a citizen of U.S and used there duties as a police officer to treat me with deliberate indifference while in his custody. Acting under the Color of law!

4

5. Officer Davis, violated my Constitutional rights as a citizen of the U.S. and refused to get me medical treatment from the hospital and used force against me as well for slamming me to the ground as well. Acting under the Color of law.

6. Officer Medina, used police duties as a gang and used excessive force against me violating me as a citizen of the US and treating me with deliberated indifference violating my Constitutional rights of U.S. Acting under the color of law.

7. Detective Heslin was one of the hi ranking officer's there over the other officer's that should had told the other defendent's to stop using excessive force on me and tasing me while in hand cuffs, also violating my Constitutional rights by refusing me Medical treatment. Acting under the color of law.

8. My 5, 6, 8 and 14th amendment rights were violated by Superintendent Garry McCarthy as well as my Constitutional rights of the U.S! Because Superintendent Garry McCarthy was the Supervisor on duty July 21, 2014 for his police officer's actions and wrong doing. Acting under the color of law. I also written Superintendent McCarthy a letter at **3510** S. Michigan Ave, the Chicago Police Headquarters about this incident that took place on July 21, 2014 and trying to recieve the police report he chief nothing!

Therefore these defendents violated my 5, 6, 8 and 14th amendment under the Constitutional law of the U.S by treating me with deliberate indifference under the Color of law Causing great bodily harm to me, refusing me of Medical care from the extremely excessive force these defendents used against me as well as tasied me twice!

Revised 9/2007

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

My relief is I am seeking for the Courts to grant me Compensatory damages. For reckless behavior and deliberate indifference. Use other harm done that violates my federal and U.S Constitutional rights.

## VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _27_ , 20 _16_

_Charles Allen_
(Signature of plaintiff or plaintiffs)

_Charles Allen_
(Print name)

_# R55857_
(I.D. Number)

_Lawrence Correctional Center_
_10930 Lawrence Rd_
_Sumner, IL 62466_
(Address)

Revised 9/2007

Charles Allen # R55857
        Plaintiff

                                    Case No: 15-cv-07702
    v.                              Judge: Charles P. Kocoras

Kenhasa Martin, et al
        Defendents


Motion for witnesses amend complaint

Exhibit #A

Lock up officer Watkins # 13054 was the officer that contacted the lieutenant at holding
Facility: District 006, About my injuries to my chest, stomach and back the morning of July
22, 2014 at 7am. He also notified the lieutenant that morning about the defendants in my amended
Complaint about the defendant's did not take Plaintiff Charles Allen to the hospital the day of July 21, 2014,
For being tased various times.
Exhibit #B

Fingerprinted officer Smith, A was there as well, when officer Watkin's got me help for my
badly injuries to the body from the defendant's excessive force!



**Chicago Police Department - ARREST Report**

CB #: 18939574

ALLEN, Charles  # R55857

| ARREST PROCESSING REPORT |
|---|

**Holding Facility:** District 006 Lockup
**Received in Lockup:** 22 July 2014 08:00
**Prints Taken:** 22 July 2014 07:58
**Palmprints Taken:** Yes
**Photograph Taken:** 22 July 2014 08:10
**Released from Lockup:** 23 July 2014 09:00

**Time Last Fed:**
**Time Called:**
**Cell #:**
Phone#:

**Transport Details :** 2PO 0631R 22-JUL-2014 00:38

**LOCKUP KEEPER PROCESSING**

**VISUAL CHECK OF ARRESTEE**

| | | |
|---|---|---|
| Is there obvious pain or injury? | No *yes* | |
| Is there obvious signs of infection? | No *yes* | |
| Under the influence of alcohol/drugs? | No *yes* | |
| Signs of alcohol/drug withdrawal? | No | |
| Appears to be despondent? | No *yes* | |
| Appears to be irrational? | No *yes* | |
| Carrying medication? | No | |

**ARRESTEE QUESTIONNARIE**

| | |
|---|---|
| Presently taking medication? | No |
| (if female)are you pregnant? | No |
| First time ever been arrested? | No |
| Attempted suicide/serious harm? | No |
| Serious medical or mental problems? | No |
| Are you receiving treatment? | No |
| Transgender/intersex/gender non-conforming? | No |

**ARRESTEE PRESCRIPTION MEDICATION INFORMATION:**

**RETURN TO HOLDING FACILITY COMMENTS:**

**QUESTIONNAIRE REMARKS:**

**LOCKUP KEEPER COMMENTS:**

**EMERGENCY CONTACT**

**Name : REFUSED**

**Res:** **Beat:**

**INTERVIEW LOG**

**NO INTERVIEWS LOGGED**



IN THE

United States District Court

Northern District of Illinois
Eastern Division

RECEIVED

JUN 0 2 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Charles Allen # R55857
_____
Plaintiff/Petitioner

Vs.

Kenhasa Martin, et al,
_____
Defendant/Respondent

)
)
)
)
)
)
)
)

No. 15 c 7702
Judge: Charles P. Kocoras

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of the U.S district Court  TO: _____
United States Courthouse           _____
219 S. Dearborn St                 _____
Chicago, IL 60604                  _____

PLEASE TAKE NOTICE that on _May 27_____, 20 _16_, I placed the
attached or enclosed documents in the institutional mail at _Lawrence_____
Correctional Center, properly addressed to the parties listed above for mailing through
the United States Postal Service.

DATED: _____

/s/ Charles Allen
NAME: Charles Allen
I.D.O.C.#: R55857
Lawrence Correctional Center
10930 Lawrence Rd.
Sumner ,IL 62466

Subscribed and sworn to before me this 27th day of May, 20 16.

Julie Lewis
_____
Notary Public

OFFICIAL SEAL
JULIE LEWIS
Notary Public - State of Illinois
My Commission Expires 8/18/2018