IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES ALLEN, | ) |
|     Plaintiff, | ) ) ) |
| | ) Case No. 15-CV-07702 |
|     v. | ) |
| | ) Judge Charles P. Kocoras |
| CITY OF CHICAGO, KENTASA MARTIN et. al. | ) ) ) |
|     Defendants. | ) ) |

## MOTION TO APPROVE CONTRACT FOR LEGAL SERVICES

Pursuant to Rule 83.41 of the Local Rules of this Court, plaintiff Charles Allen and his court-appointed attorney, Timothy J. Deffet, move for the review and approval of the contract for legal services negotiated by plaintiff, and court-appointed counsel Timothy J. Deffet. A copy of the contract is attached as Exhibit A.

CHARLES ALLEN,

/s/ Timothy J. Deffet

_____
Timothy J. Deffet

ARDC#6255823
The Law Office of Timothy J. Deffet
4848 N. Clark St.
Chicago, IL 60640
tim@timdeffetlaw.com
Tel: 773-627-4719
Fax: 888-294-3035

# **CONTRACT FOR LEGAL SERVICES**

Charles Allen, (the "Client") hereby retains and employs The Law Office of Timothy J. Deffet, (the "Attorneys") to provide professional legal services on my behalf in connection with a claim or cause of action for deprivation of Civil Rights against responsible persons arising from excessive force and deliberate indifference to serious medical needs by City of Chicago and Chicago Police officers occurring on July 21, 2014 and July 22, 2014, in Chicago, Illinois.

The Attorneys, upon receipt of an executed copy of this Contract, agree to diligently represent the Client in the investigation, settlement, adjustment or prosecution of the claim against the responsible persons. It is expressly agreed and understood by and between the parties that this contract for professional legal services applies only to the preparation and trial of this matter. This contract does not include or involve the prosecution or defense of an appeal before the state or federal appellate courts.

The Client agrees to cooperate and assist the Attorneys in connection with the preparation and prosecution of this case. To this end the Client shall be available to appear on reasonable notice for interviews, depositions, and court appearances.

In consideration of the services rendered and to be rendered by the Attorney, the Client agrees to pay the Attorney, attorney's fees in accordance with the following:

A. If the case is settled and the settlement amount includes attorney's fees, the Client agrees to pay the amount of FORTY PERCENT (40 %) of the amount recovered from said claim by settlement.

B. If the Client is the prevailing party in litigation and the Client is entitled to petition the Court for an award of attorney's fees ("Statutory Fees") against the defendants, or if the settlement agreement with the defendants provides for attorney's fees plus the settlement sum, then, the Attorney's fee shall be FORTY PERCENT (40 %) of the amount recovered or the Statutory Fee, whichever is greater. The Client hereby assigns all right, title and interest, present or future, in Statutory Fees to the Attorneys and, if the Statutory Fees exceed 40 % of the amount recovered, the Statutory Fees shall be paid to the Attorneys in lieu of the contingency fee. If the Statutory Fees are less than 40 % of the amount recovered, then, the client will pay, from the amount recovered, a sum that added to the Statutory Fees will equal 40 % of the amount recovered.

C. If the Client is the prevailing party in litigation and an award of punitive damages is entered against persons responsible, the Client agrees to pay the Attorneys, in addition to statutory fees, a contingent attorney's fee in the amount of FORTY PERCENT (40 %) of the punitive damages recovered from said claim.

Any contingent fee is calculated on the full settlement or judgment, before deductions for expenses of suit, income taxes or liens, if any. All fees may be deducted from the proceeds of the case.

      The Client hereby authorizes the Attorneys to incur reasonable expenses in connection with the settlement, adjustment, or prosecution of said cause. In addition to attorney's fees, the Client agrees that he is responsible to pay the costs of litigation and agrees to pay all court costs and all out-of-pocket expenses directly incurred in investigating or litigating this claim. Costs and expenses may include investigator fees, medical records fees, court fees, expert fees, photocopying costs, subpoena fees, court reporter fees and other costs. The Client agrees to reimburse the Attorneys in the amount of the actual expenses so incurred after the amount of the attorney's fee is deducted from the gross amount of money recovered. The payment of such costs shall be in addition to any fees paid to the Attorneys.

      The Client hereby grants the Attorneys a lien on this cause of action and a lien on any proceeds, either by settlement or judgment, recovered in connection with this case as security for the payment of attorney's fees and expenses as contracted for herein.

      The Client understands that under applicable federal law, any defendant is entitled to petition the Court for their out-of-pocket costs in the event those defendants prevail in any legal action. The Client understands and acknowledges that the Client, not the Attorneys, is responsible for any such Court ordered award of costs.

      This Contract constitutes the sole and only agreement of the parties and supersedes any prior understandings or written or oral agreements between the parties respecting the subject matter. This Contract may only be modified, amended or changed by a written document signed by both the Attorneys and the Client.

      **IN WITNESS WHEREOF**, Charles Allen and Timothy J. Deffet of The Law Office of Timothy J. Deffet have duly executed this Contract as listed below.

_____　　　_____
Charles Allen　　　　　　　Date　　　　　Timothy J. Deffet　　　　　　Date