# EXHIBIT 28

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES A. ALLEN,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF CHICAGO, a municipal corporation,<br>Chicago Police Officers KENHASA MARTIN,<br>ANGELA B. COWART-SMITH, STEVEN A.<br>DAVIS, MARK H. DAVIS, A. SMITH, ERIC<br>MEDINA, STANLEY L. WILLIAMS,<br>DANIEL CORRAL, MARTIN J. TANNEHILL,<br>FRANCIS J. HESLIN, ROBERT D. WATKINS,<br>E.L. JOHNSON, ROY A. BOFFO,<br>F.J. MARCELLINO, and VINCE E. BONNER,<br><br>    Defendants. | Case No. 15 CV 07702<br><br>HON. CHARLES P. KOCORAS<br>Judge Presiding |

### AFFIDAVIT OF VANCE BONNER

I, VANCE BONNER, first being duly sworn, upon oath states as follows:

1. My name is Vance Bonner. I am a police sergeant in the City of Chicago.

2. As the desk sergeant, I approved the documented charges against Plaintiff on July 22, 2014 at 16:03.

3. I had no interaction with Plaintiff on July 21 or 22, 2014.

Further Affiant sayeth naught.

_____
Vance Bonner